# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss                                         SUPERIOR COURT DEPARTMENT
                                                                   CIVIL ACTION No. 2484CV02454

---

ARUNESWARAN VENKATESWARAN,

             Plaintiff,

     v.

DRAFTKINGS, INC.,

            Defendant.

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT

     Please enter the appearance of Alexandra L. Pichette as attorney for the Defendant, DraftKings, Inc., in the above-captioned action.

                                                  Respectfully submitted,

                                                  DRAFTKINGS INC.,

                                                  By its Attorneys,

                                                  /s/ *Alexandra L. Pichette*
                                                  Alexandra L. Pichette (BBO #697415)
                                                  Daniel R. Fishman (BBO #696748)
                                                  MORGAN, BROWN & JOY, LLP
                                                  200 State Street, 11th Floor
                                                  Boston, MA 02109-2605
                                                  Phone: (617) 523-6666
                                                  Fax: (617) 367-3125
                                                  apichette@morganbrown.com
                                                  dfishman@morganbrown.com

Dated October 8, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served on October 8, 2024 via email upon Plaintiff's counsel, Samuel Kennedy-Smith sks@dgpfirm.com; and Jamie Goodwin jg@dgpfirm.com.
.

                                      /s/ *Alexandra L. Pichette*
                                      Alexandra L. Pichette

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                    SUPERIOR COURT DEPARTMENT
                                               CIVIL ACTION No. 2484CV02454

ARUNESWARAN VENKATESWARAN,

        Plaintiff,

v.

DRAFTKINGS, INC.,

        Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT

    Please enter the appearance of Daniel R. Fishman as attorney for the Defendant, DraftKings, Inc., in the above-captioned action.

Respectfully submitted,

DRAFTKINGS INC.,

By its Attorneys,

/s/ *Daniel R. Fishman*
Alexandra L. Pichette (BBO #697415)
Daniel R. Fishman (BBO #696748)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
apichette@morganbrown.com
dfishman@morganbrown.com

Dated October 8, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served on October 8, 2024 via email upon Plaintiff's counsel, Samuel Kennedy-Smith sks@dgpfirm.com; and Jamie Goodwin jg@dgpfirm.com.

                                      /s/ *Daniel R. Fishman*
                                      Daniel R. Fishman