# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss	SUPERIOR COURT DEPARTMENT
CIVIL ACTION No. 2484CV02454

ARUNESWARAN VENKATESWARAN,

           Plaintiff,

v.

DRAFTKINGS, INC.,

           Defendant.

## ASSENTED-TO MOTION BY DEFENDANT DRAFTKINGS, INC. TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Defendant DraftKings, Inc. ("DraftKings") hereby moves with Plaintiff's assent for an extension of time up to and including November 6, 2024 within which DraftKings may answer or otherwise respond to Plaintiff's Complaint. As grounds for this motion, DraftKings states that it requires additional time to respond to the Complaint. This extension will not unnecessarily delay judgment in this matter nor will it unduly prejudice Plaintiff. This is DraftKings's first request for an extension of time to respond to the Complaint.

Plaintiff has assented to this request.

WHEREFORE, DraftKings respectfully requests that this assented-to motion be granted.

Respectfully submitted,

DRAFTKINGS INC.,

By its Attorneys,

/s/ *Daniel R. Fishman*
Alexandra L. Pichette (BBO #697415)
Daniel R. Fishman (BBO #696748)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
apichette@morganbrown.com
dfishman@morganbrown.com

Dated October 8, 2024

Motion assented to the Plaintiff:

/s/ *Samuel Kennedy-Smith*
Samuel Kennedy-Smith (BBO #685647)
Jamie Goodwin (BBO #673207)
446 Main Street, 16th Floor
Worchester, MA 01608
sks@dgpfirm.com
jg@dgpfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing was served on October 8, 2024 via email upon Plaintiff's counsel.

/s/ *Daniel R. Fishman*
Daniel R. Fishman

2