# EXHIBIT E

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION No. 2484CV02454 |

ARUNESWARAN VENKATESWARAN,

            Plaintiff,

  v.

DRAFTKINGS INC.,

            Defendant.

TO:    Civil Clerk of the Superior Court
         Suffolk County Superior Court
         3 Pemberton Square
         Boston, MA 02108

**NOTICE OF FILING OF REMOVAL OF ACTION TO FEDERAL COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1331, a Notice of Removal (with attachments thereto) and a Notice to Opposing Counsel of Removal has been filed on this day with the United States District Court for the District of Massachusetts, Boston Division. Copies of said Notice of Removal and Notice to Opposing Counsel are attached hereto as Exhibits 1 and 2, respectively. This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

DRAFTKINGS INC.,

By its Attorneys,

/s/ Daniel R. Fishman
Alexandra L. Pichette (BBO #697415)
Daniel R. Fishman (BBO #696748)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
apichette@morganbrown.com
dfishman@morganbrown.com

Dated:  November 25, 2024

2

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was served on November 25, 2024 via email upon Plaintiff's counsel.

Samuel Kennedy-Smith, Esq.
Jamie Goodwin, Esq.
446 Main Street, 16th Floor
Worchester, MA 01608
sks@dgpfirm.com
jg@dgpfirm.com

               /s/ Daniel R. Fishman
               Daniel R. Fishman