# EXHIBIT F

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                         SUPERIOR COURT DEPARTMENT
                                                                            CIVIL ACTION No. 2484CV02454

ARUNESWARAN VENKATESWARAN,

    Plaintiff,

        v.

DRAFTKINGS INC.,

    Defendant.

TO:    Samuel Kennedy-Smith, Esq.
        Jamie Goodwin, Esq.
        Duddy Goodwin and Pollard
        446 Main Street, 16th Floor
        Worcester, MA 01608
        sks@dgpfirm.com
        jg@dgpfirm.com

## NOTICE OF FILING OF REMOVAL OF ACTION TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant DraftKings Inc. ("Defendant") has, on November 25, 2024, filed in the United States District Court of the District of Massachusetts, Boston Division, their Notice of Removal of the above-styled action from the Superior Court, Superior County, Massachusetts (a copy of said Notice is attached hereto) to the United States District Court for the District of Massachusetts, Boston Division, together with copies of the Complaint and Jury Demand filed by the Plaintiff in the Superior Court, Superior County, Massachusetts.

You are also advised that Defendant, upon filing said Notice, filed a Notice of Filing of Removal of Action to Federal Court with the Clerk of the Superior Court for Suffolk County,

Massachusetts and attached thereto copies of the following: (1) Notice of Removal with exhibits attached thereto; and (2) the Notice to Counsel of Filing of Removal of Action to Federal Court.

Such action has effected the removal of this action to the United States District Court for the District of Massachusetts, Boston Division, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1331 and no further proceedings may be had in this state court action.

        Respectfully submitted,

        DRAFTKINGS INC.,

        By its Attorneys,

        /s/ Daniel R. Fishman
        Alexandra L. Pichette (BBO #697415)
        Daniel R. Fishman (BBO #696748)
        MORGAN, BROWN & JOY, LLP
        200 State Street, 11th Floor
        Boston, MA 02109-2605
        Phone: (617) 523-6666
        Fax: (617) 367-3125
        apichette@morganbrown.com
        dfishman@morganbrown.com

Dated: November 25, 2024

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing was served on November 25, 2024 via email upon Plaintiff's counsel.

Samuel Kennedy-Smith, Esq.
Jamie Goodwin, Esq.
446 Main Street, 16th Floor
Worchester, MA 01608
sks@dgpfirm.com
jg@dgpfirm.com

                                                    /s/ Daniel R. Fishman
                                                  Daniel R. Fishman