UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ARUNESWARAN VENKATESWARAN,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-12929 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant DraftKings Inc., states that it is a Nevada corporation with its principal place of business in Massachusetts and is not owned by a parent company. No publicly held corporation owns 10% or more of DraftKings Inc.

Respectfully submitted,

DRAFTKINGS INC.,

By its Attorneys,

/s/ Daniel R. Fishman
Alexandra L. Pichette (BBO #697415)
Daniel R. Fishman (BBO #696748)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
apichette@morganbrown.com
dfishman@morganbrown.com

Dated: November 25, 2024

## CERTIFICATE OF SERVICE

 I hereby certify that a true and accurate copy of the foregoing was served on November 25, 2024 via email upon Plaintiff's counsel.

Samuel Kennedy-Smith, Esq.
Jamie Goodwin, Esq.
446 Main Street, 16th Floor
Worchester, MA 01608
sks@dgpfirm.com
jg@dgpfirm.com

              /s/ Daniel R. Fishman
              Daniel R. Fishman