UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARUNESWARAN VENKATESWARAN,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-12929-MJJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Aruneswaran Venkateswaran and Defendant DraftKings Inc. hereby stipulate that this action, or claims that could have been brought in this action, be dismissed with prejudice and without costs to any party, and waive all rights of appeal.

Respectfully submitted,

| ARUNESWARAN VENKATESWARAN | DRAFTKINGS INC., |
|---|---|
| /s/ Samuel Kennedy-Smith<br>Samuel Kennedy-Smith (BBO# 685647)<br>Jamie Goodwin (BBO# 673207)<br>Duddy Goodwin & Pollard<br>446 Main Street, 16th Floor<br>Worcester, MA 01608<br>sks@dgpfirm.com<br>jg@dgpfirm.com | /s/ Alexandra L. Pichette<br>Alexandra Pichette (BBO #697415)<br>Daniel R. Fishman (BBO #696748)<br>Morgan, Brown & Joy, LLP<br>28 State Street, 16th Floor<br>Boston, MA 02109<br>apichette@morganbrown.com<br>dfishman@morganbrown.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2025, that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

                                                */s/Alexandra L. Pichette*

Date: November 25, 2025